NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE BRIAN SHOCKEY, DUANE ARMIJO, AND CHRISTOPHER SHOCKEY,**
*Appellants.*

---

2014-1535

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/139,377.

---

**ON MOTION**

---

**O R D E R**

Brian Shockey, Duane Armijo, and Christopher Shockey move to withdraw their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

2                                          IN RE SHOCKEY

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: October 21, 2014